**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

**ETHAN HAKIMIAN,**

**Index No. 2:26-cv-04323**

**Plaintiff,**

**-against-**

**AMERICAN EXPRESS NATIONAL BANK,**
**EQUIFAX INFORMATION SERVICES, LLC,**
**EXPERIAN INFORMATION SOLUTIONS, INC., and**
**TRANS UNION, LLC,**

**Defendants.**

-----------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST TRANS UNION, LLC**

Pursuant to F.R.C.P. 41(a)(1)(A) Plaintiff Ethan Hakimian ("Plaintiff"), hereby voluntarily dismisses Defendant **Trans Union, LLC** *only* WITH prejudice.

Dated: August 18, 2026

Respectfully submitted,

Kevin C. Mallon
Mallon Consumer Law Group, PLLC
One Liberty Plaza, Suite 2301
New York, NY 10006
(646) 713-1008
kmallon@consumerprotectionfirm.com
*Attorneys for the Plaintiff*