**MALLON CONSUMER LAW GROUP, PLLC**
ATTORNEYS AT LAW
550 Kinderkamack Road
Suite 117
Oradell, NJ 07649
(646) 713-1008
kmallon@consumerprotectionfirm.com

October 1, 2026

**VIA ECF**
Honorable Steven L. Tiscione
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *Hakimian v. American Express National Bank, et al.* EDNY 2:26-cv-04323**

Dear Judge Tiscione:

Plaintiff hereby notifies the Court that he has reached a preliminary settlement agreement with only Defendant Equifax Information Services, LLC in this matter. Plaintiff requests 45 days to finalize the agreement before filing a Stipulation of Dismissal against only Equifax Information Services.

Respectfully submitted,

Kevin Mallon
Mallon Consumer Law Group, PLLC
550 Kinderkamack Road, Suite 117
Oradell, NJ 07649
(646) 713-1008
kmallon@consumerprotectionfirm.com
*Counsel for Plaintiff*